# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

138878

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NATURAL SYSTEMS, INC.,
      Plaintiff-Appellee,

v

                                                    SC: 138878
                                                    COA: 289069
                                                    Ottawa CC: 07-059648-CK

CLAYTON GROUP SERVICES, INC.,
      Defendant/Third-Party Plaintiff/
      Appellee,

v

SAGASSER & ASSOCIATES, INC.,
      Third-Party Defendant/Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 2, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009                     _____

s0831                                                  Clerk